# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1799
_____

JAMES H. SPICER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 26, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kristian E. Dunn of Dunn & Miller, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.